```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KEISHA ARCHIBALD, et al.,                                         :
                                                                  :
                        Plaintiffs,                               :
                                                                  :         24-cv-5919 (LJL)
        -v-                                                       :
                                                                  :         ORDER
DAVID C. BANKS, et al.,                                           :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

A telephonic conference is scheduled for September 29, 2025 at 11:00 a.m. The parties are instructed to call 646-453-4442, and dial access code 358639322.

The parties are also ordered to submit a letter to the Court three days in advance of the conference stating how they propose the Court proceed with respect to Plaintiffs' second cause of action.

SO ORDERED.

Dated: September 8, 2025
       New York, New York                            _____
                                                            LEWIS J. LIMAN
                                                     United States District Judge