

September 24, 2025

**VIA ECF**
Honorable Lewis J. Liman
United States District Court Judge
District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Archibald, et al. v. Banks, et al*, 24-cv-5919

Dear Judge Liman:

    Pursuant to this Court's Order dated September 8, 2025 [ECF No. 26], the parties respectfully submit this joint letter regarding Plaintiff's second cause of action regarding attorneys' fees.

    Plaintiff was the prevailing party in the underlying administrative proceedings for the 2023-2024 school year, and as such, is entitled to reasonable attorneys' fees for those proceedings. Further, the parties agree that Plaintiffs were not the prevailing parties in the federal action, and thus, are not entitled to fees for the instant proceeding.

    Plaintiff's counsel is gathering the billing records for the administrative matter and will submit them to Defendants' counsel by no later than September 29, 2025. The parties seek to resolve the issue without further litigation and will file a joint status letter with this Court within sixty (60) days.

Respectfully Submitted,

*Nicole Lancia*

Nicole Lancia, Esq. (4875811)

Cc: All Counsel of Record via ECF.