USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KEISHA ARCHIBALD, et al.,

Plaintiffs,

-v-

DAVID C. BANKS, et al.,

Defendants.

---------------------------------------------------------------------X

24-cv-5919 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of a Proposed Stipulation and Order filed by the parties on August 21, 2026. Dkt. No. 50. Upon review, the attached Stipulation of Settlement, Dkt. No. 50-1, lists two different settlement amounts with no indication of which amount is intended. *See id.* ¶ 1. The Court directs the parties to meet and confer and file a revised proposed stipulation with a settlement agreement that sets forth only a single settlement amount by September 4, 2026.

SO ORDERED.

Dated: August 27, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge